**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

1:13-cv-03184-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JAMES HESKIN,

    Defendant.
_____/

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On November 25, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Holdings Corporation, to obtain the Defendant's identifying information [CM/ECF 9]. Plaintiff issued the subpoena on or about November 29, 2013, but did not receive the ISP's response until January 20, 2014.

3. On March 20, 2014, Plaintiff amended its Complaint to name the Defendant which was identified by the ISP [CM/ECF 12], and obtained a clerk issued summons to serve on the Defendant [CM/ECF 15]. Plaintiff is in the process of coordinating with its process server to effectuate service on the Defendant.

4. Pursuant to Rule 4(m), Plaintiff is required to effectuate service on Defendant by no later than today, March 21, 2014.

5. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended by thirty (30) days, or until April 21, 2014.

6. Here, pursuant to Rule 16(b), good cause exists for the court to extend the time within which Plaintiff may serve the defendant because despite Plaintiff's diligent efforts Plaintiff simply cannot comply with the current deadline. *See Arvada Development Group, LLP v. All Environmental, Inc.*, 2008 WL 4543226 (D. Col. 2008) (holding good cause is exists to support extending a deadline set forth in a scheduling order when "deadlines cannot be met despite a party's diligent efforts").

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until April 21, 2014. A proposed order is attached for the Court's convenience.

Dated: March 21, 2014

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: (720) 330-8329
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*