IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03184-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JAMES HESKIN,

      Defendant.

---

## ORDER TO SHOW CAUSE

---

**Michael E. Hegarty, United States Magistrate Judge.**

      This matter comes before the Court *sua sponte*, due to Plaintiff's failure to demonstrate service upon the Defendant in accordance with Fed. R. Civ. P. 4(m).  Rule 4(m) provides, in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The Plaintiff initiated this action on November 21, 2013.  According to the docket in this case, the Plaintiff sought an extension of time, to April 21, 2014, by which to serve the Defendant.  However, there is no indication that the Defendant has been served or that the Plaintiff has sought a further extension of time.

      THEREFORE, Plaintiff is hereby ORDERED to show cause in writing no later than **April 25, 2014**, as to why this Court should not recommend that its claims against the Defendant be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated this 23rd day of April, 2014, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge