# AFFIDAVIT OF SERVICE

State of Colorado      County of      United States District Court Court

Case Number: 1:13-CV-03184-WYD-MEH

Plaintiff:
**MALIBU MEDIA LLC**

vs.

Defendant:
**JAMES HESKIN**

For:
Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO 80163

Received by Accurate Legal Support Services, LLC on the 24th day of March, 2014 at 2:00 pm to be served on **JAMES HESKIN, 7477 S Glencoe Ct, Centennial, CO 80122**.

I, GEORGE JARAMILLO, being duly sworn, depose and say that on the **16th day of April, 2014** at **11:11 am**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; SUMMONS, COMPLAINT, ANSWER FORM AND ATTACHMENTS** to: JAMES HESKIN at the persons place of **Abode**, at the address of: **7477 S Glencoe Ct, Centennial, CO 80122** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
DTR POE IS ST ONGE COMPANY 1400 WILLIAMS RD YORK PA 17402 717-840-8181

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 190, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of April, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC LYNNE A. GRIMES
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires NOTARY ID 20034027345
MY COMMISSION EXPIRES AUGUST 24, 2015

GEORGE JARAMILLO
Process Server

Accurate Legal Support Services, LLC
2329 W Main St
Suite 203
Littleton, CO 80120
(303) 933-8772
Our Job Serial Number: GRI-2014010321

Service Fee: $55.00