IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-03184-WYD-MEH | Date:  May 13, 2014 |
| Courtroom Deputy:   Cathy Pearson | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                                                    Jason Kotzker

     Plaintiff,

v.

JAMES HESKIN,                                                          Christina Saunders

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE and SETTLEMENT CONFERENCE**

**Court in session:**     9:48 a.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Rule 26(a)(1) Disclosures:    May 30, 2014**

**Joinder of Parties/Amendment of Pleadings:     June 27, 2014**

**Discovery Deadline:  December 15, 2014**

**Dispositive Motion Deadline:       January 15, 2015**

**Initial Rule 26(a)(2) Disclosures:    October 15, 2014**
**Rebuttal Rule 26(a)(2) Disclosures:       November 14, 2014**

**Final Pretrial Conference:  March 2, 2015, at 10:45 a.m.**
    (In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**)

9:53 a.m.        Off the record to discuss settlement possibilities.
10:10 a.m.      On the record.

**ORDERED:  This portion of the record is sealed.**

Defendant James Heskin is sworn and questioned by the Court.

Defendant's wife is sworn and questioned by the Court.

The Court states the terms of the settlement on the record.   All parties state their agreement to the terms of the settlement as stated by the Court.

ORDERED:   The parties have reached a settlement in this case, and all future hearings and deadlines are terminated.

**Court in recess:        10:16 a.m.     (Hearing concluded)**
**Total time in Court AND settlement negotiations:         0:28**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.