## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03184-WYD-MEH

MALIBU MEDIA, LLC,

                        Plaintiff,

        v.

JAMES HESKIN,

                        Defendant.
_____/

### STIPULATION OF DISMISSALWITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff") and James Heskin, ("Defendant"),  by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against each other in this matter are hereby dismissed  with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent here with Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

By: ____/s/ *Jason A. Kotzker*_____
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO  80163
Phone:  720-330-8329

By:_/s/ *Christina Elizabeth Saunders*___
Christina Elizabeth Saunders
Saunders@SFMlawgroup.com
SPARKMAN FOOTE MINOR, LLP
1616 17th Street, Suite 370
Denver, CO 80202
Phone:  303-396-0270

1

*Attorney for Plaintiff*                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ Jason A. Kotzker_____
Jason A. Kotzker

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MALIBU MEDIA, LLC,

                  Plaintiff,

   v.                    Civil Action No. 1:13-cv-03184-WYD-MEH

JAMES HESKIN,

                  Defendant.

_____

**ORDER ON STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant James Heskin's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1.   All Plaintiff's and Defendant James Heskin's claims against each other in this matter are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

2.   This case is closed for administrative purposes.

SO ORDERED this _____ day of May_____, 2014.


By:_____
UNITED STATES MAGISTRATE JUDGE