AO 121 (06/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, DC 20559** | **REPORT ON THE**<br>**DETERMINATION OF AN**<br>**ACTION**<br>**REGARDING A COPYRIGHT** |

    In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>13-cv-03184-WYD-MEH | DATE FILED<br>5/20/2014 | **U.S. District Court for the District of Colorado**<br>**901 19th Street, Denver, Colorado 80294-3589** |
| PLAINTIFF(S)<br>**MALIBU MEDIA, LLC,** | | DEFENDANT(S)<br>**JAMES HESKIN,** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | **Please see copy of complaint attached hereto.** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

    In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

    In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED Stipulated Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED 5/20/2014 |
|---|---|---|

| CLERK<br>**JEFFREY P. COLWELL** | BY DEPUTY CLERK,<br>s/E. Van Alphen | DATE<br>5/20/2014 |
|---|---|---|

Copy 1 (white) - Upon initiation of action, mail this copy to Register of Copyrights
Copy 2 (yellow) - Upon filing of document adding copyright(s), mail this copy to Register of Copyrights
Copy 3 (blue) - Upon termination of action, mail this copy to Register of Copyrights
Copy 4 (green) - In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 121 for the appeal
Copy 5 (pink) - Case file copy